| AO 10 Rev. 1/2007 | | |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AFRICK, LANCE M | USDC, EASTERN DISTRICT OF LA | 05/04/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL-TIME U.S. DISTRICT JUDGE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 POYDRAS STREET <br> ROOM C-405 <br> NEW ORLEANS, LA 70130 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Committee Member | Allstate Sugar Bowl |
| 2. Trustee | Trust #1 |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 11 D 12: 03

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M | 05/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Blessey Marine Service - Wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Pricewaterhouse Coopers | February 15-18 - Scottsdale, AZ - 2006 Leadership Forum (transportation, hotel, conference-related meals, and activities) |
| 2. | American Institute of CPAs (AICPA) | September 27-30 - Las Vegas, NV - National Conference on Fraud and Litigation Services (transportation, hotel, meals) |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M | 05/04/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential IRA (Common Stock Portfolio) | C | Dividend | M | T | | | | | |
| 2. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 3. Whitney Holding Co. | C | Dividend | M | T | | | | | |
| 4. Louisiana Local Gov. Enviro (Municipal Bond) | A | Interest | J | T | | | | | |
| 5. Louisiana Pub Facs. Auth. Ser. C (Municipal Bond) | C | Interest | L | T | | | | | |
| 6. Arkansas St. Dev. Fin. Auth. Home Mtg. (Municipal Bond) | A | Interest | J | T | | | | | |
| 7. Krispy Kreme Donuts | | None | J | T | | | | | |
| 8. RMA Tax Free Fund, Inc. (UBS) | D | Dividend | M | T | partial sale | 02/28 | J | | |
| 9. | | | | | buy | 02/09 | J | | |
| 10. | | | | | buy | 02/22 | J | | |
| 11. | | | | | buy | 03/02 | J | | |
| 12. | | | | | buy | 03/09 | J | | |
| 13. | | | | | partial sale | 03/15 | J | | |
| 14. | | | | | partial sale | 03/14 | J | | |
| 15. | | | | | buy | 03/27 | J | | |
| 16. | | | | | partial sale | 03/21 | J | | |
| 17. | | | | | partial sale | 03/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | partial sale | 03/28 | J | | |
| 19. | | | | | partial sale | 03/29 | J | | |
| 20. | | | | | partial sale | 03/31 | J | | |
| 21. | | | | | buy | 04/24 | J | | |
| 22. | | | | | partial sale | 04/19 | J | | |
| 23. | | | | | buy | 04/11 | J | | |
| 24. | | | | | buy | 04/12 | J | | |
| 25. | | | | | partial sale | 05/18 | J | | |
| 26. | | | | | buy | 05/15 | J | | |
| 27. | | | | | buy | 05/24 | J | | |
| 28. | | | | | partial sale | 05/31 | J | | |
| 29. | | | | | partial sale | 06/01 | J | | |
| 30. | | | | | buy | 06/02 | J | | |
| 31. | | | | | partial sale | 06/19 | J | | |
| 32. | | | | | partial sale | 06/22 | J | | |
| 33. | | | | | partial sale | 06/27 | J | | |
| 34. | | | | | buy | 06/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | buy | 07/05 | J | | |
| 36. | | | | | buy | 07/25 | J | | |
| 37. | | | | | partial sale | 07/19 | J | | |
| 38. | | | | | partial sale | 07/26 | J | | |
| 39. | | | | | partial sale | 07/27 | J | | |
| 40. | | | | | partial sale | 07/31 | J | | |
| 41. | | | | | partial sale | 08/09 | J | | |
| 42. | | | | | partial sale | 08/18 | J | | |
| 43. | | | | | partial sale | 08/30 | J | | |
| 44. | | | | | buy | 08/25 | J | | |
| 45. | | | | | partial sale | 09/25 | J | | |
| 46. | | | | | partial sale | 09/26 | J | | |
| 47. | | | | | buy | 09/25 | J | | |
| 48. | | | | | partial sale | 09/27 | N | | |
| 49. | | | | | partial sale | 09/06 | N | | |
| 50. | | | | | partial sale | 9/29 | J | | |
| 51. | | | | | buy | 10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | buy | 10/25 | J | | |
| 53. | | | | | partial sale | 10/18 | J | | |
| 54. | | | | | partial sale | 10/25 | J | | |
| 55. | | | | | partial sale | 10/27 | J | | |
| 56. | | | | | partial sale | 10/30 | J | | |
| 57. | | | | | partial sale | 10/31 | J | | |
| 58. | | | | | buy | 11/24 | J | | |
| 59. | | | | | partial sale | 11/29 | J | | |
| 60. | | | | | buy | 12/04 | J | | |
| 61. | | | | | buy | 12/22 | J | | |
| 62. | | | | | partial sale | 12/27 | J | | |
| 63. | | | | | partial sale | 12/28 | J | | |
| 64. John Hancock Variable Annuity | | | N | T | buy | 9/26 | N | | |
| 65. RMA UBS Bank USA DEP Account | A | Dividend | K | T | buy | 11/17 | K | | |
| 66. Merrill Lynch Priority CMA Tax Exempt Fund | A | Dividend | K | T | buy | 12/31 | J | | |
| 67. Trust #1 (savings account Capital ●ne Bank) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M | 05/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____5-10.07_____

NOTE: ANY INDIVI[...] [...]Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SA[...]

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544